# EXHIBIT A

# EXHIBIT A

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| MICHAEL F. FOY, IV, a single or married person,<br><br>                    Plaintiff,<br><br>    vs.<br><br>JENNIFER VINSON, a single or married person, and JANE DOES I-X, WHITE PARTNERSHIPS I-X, AND BLACK CORPORATIONS I-X, AND MUNICIPAL ENTITY I-X,<br><br>                    Defendants. | No.:<br><br>(Removed From Maricopa County Superior Court Case No. CV2021-016818)<br><br>**DECLARATION OF STACEY F. GOTTLIEB IN SUPPORT OF NOTICE OF REMOVAL OF CIVIL CASE** |

I, Stacey F. Gottlieb, upon my oath depose and state:

1.    I am an attorney with the Berke Law Firm, PLLC and represent Defendant Jennifer Vinson in Maricopa County Superior Court Case No. CV2021-016818 the ("State Court Action").

2.    I provide this declaration in support of Defendant Jennifer Vinson's Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441 and 1446 and LRCiv 3.6(b).

3.    True and correct copies of all available pleadings and other documents previously filed in the State Court Action, as well as a copy of the docket printed on December 7, 2021, are appended to this Declaration as **Exhibits 1 through 7**, and consist of the following:

-1-

| Exhibit | Filings in Maricopa County Superior Court Case No. CV2021-016818 | Date Filed |
|---|---|---|
| 1 | Plaintiff's Complaint and Summons | 10/28/2021 |
| 2 | Plaintiff's Certificate re Compulsory Arbitration | 10/28/2021 |
| 3 | Defendant's Unopposed Motion to Extend Time to Respond to Complaint | 11/28/2021 |
| 4 | Civil Cover Sheet | 10/28/2021 |
| 5 | Declaration of Service of Process on 11/7/2021 | 11/10/2021 |
| 6 | Order Extending Time to Respond to Complaint | 12/3/2021 |
| 7 | Copy of the Maricopa County Superior Court Docket Printed 12/7/2021 | n/a |

I declare under penalty of perjury under the laws of Arizona and the United States of America that the foregoing is true and correct.

Dated this 7th day of December, 2021.

By: */s/ Stacey F. Gottlieb*
Stacey F. Gottlieb
**BERKE LAW FIRM**
1601 N. 7th Street, Suite 360
Phoenix, AZ 85006
*Attorneys for Defendant Jennifer Vinson*

-2-

# EXHIBIT 1

# EXHIBIT 1

Clerk of the Superior Court
*** Electronically Filed ***
C. Cuellar, Deputy
10/28/2021 11:05:48 AM
Filing ID 13545975

Joel L. Brand, Esq. SBN: 020114
**THE LAW OFFICE OF JOEL L. BRAND**
11001 N. 99th Avenue, Suite # 110
Peoria, Arizona 85345
jlbrandlaw@aol.com
Telephone: (602) 712-0911
**Attorney for Plaintiff**

**The Law Office of Joel L. Brand**
11001 N. 99th Avenue, Suite 110
Peoria, Arizona 85345
602-712-0911

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| In the Civil Matter of: | Case No.:        CV2021-016818 |
| MICHAEL F. FOY, IV, a single or married person. | **COMPLAINT IN TORT** |
| Plaintiff, | (Jury Trial Requested) |
| Vs. | |
| JENNIFER VINSON, a single or married person, and JANE DOES I-X, WHITE PARTNERSHIPS I-X, AND BLACK CORPORATIONS I-X, AND MUNICIPAL ENTITY I-X. | Assigned to The Honorable |
| Defendants. | |

**NOW COMES,** MICHAEL F. FOY, IV (Plaintiff) a single person, and for his,

COMPLAINT IN TORT (Complaint) against JENNIFER VINSON (Defendant);

wherein, he alleges as follows:

## JURISDICTIONAL ALLEGATIONS

1

The Law Office of Joel L. Brand
11001 N. 99th Avenue, Suite 110
Peoria, Arizona 85345
602-712-0911

1.)     At all times, pertinent to this cause of action, Plaintiff has resided in Maricopa County, State of Arizona.

2.)     Defendant, a single person, at all times herein mentioned was and is a resident of Maricopa County, State of Arizona, when all of the acts and omissions stated proceedingly in this Complaint occurred.

3.)     The acts and omissions upon which Plaintiff's Complaint is based all occurred in Maricopa County, Arizona.  Venue is proper in this Court.  This Court has jurisdiction over the Parties and the subject matter of this Complaint.  The jurisdictional amount established for filing this action in this Court has been satisfied.

4.)     John and Jane Does I-X, White Partnerships I-X, and Black Corporations I-X, and Municipal Entity I-X are persons, partnerships, corporations, unincorporated associations, body politics, and public agencies subject to suit in common names whose full names are unknown to Plaintiff; therefore, designated by fictitious names pursuant to, The Arizona Rule of Civil Procedure 10(f).

## FACTUAL ALLEGATIONS AND CLAIM

5.)     Plaintiff avers that Defendant on an unknown date created a website that has the URL https://metoophoenix.org/ to which various defamatory statements were made against him and as of this filing that said website that contains said defamatory statement is still operational.  In particular Defendant made statements of him committing a criminal act; thus, Defendant's statement is defamation *per se*.

6.)     In particular Plaintiff avers that Defendant has made statements of him committing a criminal act; thus, Defendant's statement is defamation *per se*.  Plaintiff avers that as

2

such statements said type of statements fall within the category of defamation *per se*, as such damages, by law, are presumed.

7.)    Therefore, Plaintiff avers that Defendant has defamed him from which damages have occurred; hence, he seeks a judgment for same.

**WHEREFORE,** Plaintiff requests the following relief:

a.)    That this Court determine if Defendant's statements were defamatory;

b.)    That Plaintiff is entitled to an award of his damages *per se*;

c.)    For any and all further relief, as the Court deems just and proper.

**RESPECTFULLY** submitted this 28th day of October, 2021.

Joel L. Brand, Esq.
**THE LAW OFFICE OF JOEL L. BRAND**

3

Clerk of the Superior Court
*** Electronically Filed ***
C. Cuellar, Deputy
10/28/2021 11:05:48 AM
Filing ID 13545978

Person/Attorney Filing:  Joel Lee Brand
Mailing Address:  11001 N. 99th Avenue, Suite 110
City, State, Zip Code:  Peoria AZ 85345
Phone Number:  602-712-0911
E-Mail Address: jlbrandlaw@aol.com
[☐] Representing Self, Without an Attorney
(If Attorney) State Bar Number:  020114 AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF Maricopa

Michael F Foy IV
Plaintiff(s),
v.                                              Case No.   **CV2021-016818**

Jennifer Vinson
Defendant(s).                                   **SUMMONS**


To:  Jennifer Vinson

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W Jefferson St Phoenix AZ 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
    Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
    Note: If you do not file electronically you will not have electronic access to the documents in this case.

3.  If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

    Requests for reasonable accommodation for persons with disabilities must be made to

the court by parties at least 3 working days in advance of a scheduled court proceeding.

       GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of <u>Maricopa</u>

SIGNED AND SEALED this Date: *October 28, 2021*

*JEFF FINE*
Clerk of Superior Court

By: *CECILIA CUELLAR*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

# EXHIBIT 2

# EXHIBIT 2

Clerk of the Superior Court
*** Electronically Filed ***
C. Cuellar, Deputy
10/28/2021 11:05:48 AM
Filing ID 13545976

Joel L. Brand, Esq. SBN: 020114
**THE LAW OFFICE OF JOEL L. BRAND**
11001 N. 99th Avenue, Suite # 110
Peoria, Arizona 85345
jlbrandlaw@aol.com
Telephone: (602) 712-0911
**Attorney for Plaintiff**

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| In the Civil Matter of: | |
| MICHAEL F. FOY, IV, a single or married person. | Case No.: _____  CV2021-016818 |
| Plaintiff, | **CERTIFICATE OF ARBITRATION** |
| Vs. | |
| JENNIFER VINSON, a single or married person, and JANE DOES I-X, WHITE PARTNERSHIPS I-X, AND BLACK CORPORATIONS I-X, AND MUNICIPAL ENTITY I-X. | Assigned to The Honorable |
| Defendants. | _____ |

The undersigned certifies that he knows the dollar limits and any other limitations set forth by the local rules of practice for the applicable, Superior Court, and further certifies that this case **is not subject** to compulsory arbitration, as provided by Rules 72 through 76 of, The Arizona Rules of Civil Procedure.

1

RESPECTFULLY SUBMITTED this 28th day of October, 2021.

By: _____

Joel L. Brand, Esq.
**THE LAW OFFICE OF JOEL L. BRAND**

COPY of the foregoing hand-delivered
this 28th day of October, 2021, to:

Superior Court Administrator
101 W. Jefferson
3rd Floor Lobby
Phoenix, AZ 85003

By: Carriena J. Schulder

**The Law Office of Joel L. Brand**
11001 N. 99th Avenue, Suite 110
Peoria, AZ 85345
602-712-0911

2

# EXHIBIT 3

# EXHIBIT 3

Clerk of the Superior Court
*** Electronically Filed ***
M. Bouise, Deputy
11/28/2021 1:55:26 PM
Filing ID 13652403

1  Stacy F. Gottlieb (AZ015084)
   **BERKE LAW FIRM, PLLC**
2  1601 N. 7th Street, Suite 360
   Phoenix, AZ 85006
3  Phone: (602) 254-8800
   Fax: (602) 254-8808
4  stacey@berkelawfirm.com
   *Attorneys for Defendant Jennifer Vinson*
5

6            **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

7               **IN AND FOR THE COUNTY OF MARICOPA**

8

| | |
|---|---|
| 9  MICHAEL F. FOY, IV, a single or married person, | Case No. CV2021-016818 |
| 10            Plaintiff, | |
| 11     vs. | **UNOPPOSED MOTION TO EXTEND** |
| 12  JENNIFER VINSON, a single or married | **TIME TO RESPOND TO COMPLAINT** |
|     person, and JANE DOES I-X, WHITE | **(First Request)** |
| 13  PARTNERSHIPS I-X, AND BLACK | |
|     CORPORATIONS I-X, AND MUNICIPAL | |
| 14  ENTITY I-X, | |
| 15 | (Assigned to the Honorable Randall Warner) |
|            Defendants. | |
| 16 | |

17

18          Defendant, Jennifer Vinson, through undersigned counsel specially appearing,

19  respectfully requests an extension of time to respond to the Complaint in this matter from

20  November 29, 2021[1] to December 16, 2021 to accommodate undersigned counsel's schedule

21  in light of other deadlines and the intervening holidays.[2]  Counsel for Plaintiff Michael F.

22  Foy, IV has stipulated and agreed to this request as reflected in Exhibit 1, but because of the

23  holidays he was unavailable to sign a stipulation.  Accordingly, Ms. Vinson respectfully

24  requests that the Court enter the proposed Order submitted with this Motion.

25  ───────────────

26       [1] Plaintiff served the Complaint upon Ms. Vinson's tenant on November 7, 2021 at a
    location that is not Ms. Vinson's residence.  Because November 27, 2021 is a Saturday, the
27  deadline for the response is November 29, 2021.  *See* Rule 6(a)(3), Ariz. R. Civ. P.

28       [2] By entering this special appearance, counsel for Defendant preserves any and all
    jurisdictional defenses to be addressed in an appropriate responsive pleading.

                                          1

1 . . . . .

2 . . . . .

3

4          DATED this 28th day of November, 2021.

5                                    BERKE LAW FIRM, PLLC

6

7                                    By  /s/ Stacey F. Gottlieb
                                        Stacey F. Gottlieb
8                                       Attorneys for Defendant

9

The foregoing document was e-filed
10 with the Clerk of Court this 28th day
of November, 2021, and a copy e-served via
11 AZTurboCourt e-service to:

12 Joel L. Brand

13 THE LAW OFICE OF JOEL L. BRAND
11001 N. 99th Avenue, Suite #110
14 Peoria, Arizona  85345
jlbrandlaw@aol.com
15 Attorneys for Plaintiff

16

17 By  /s/ Stacey F. Gottlieb

18

19

20

21

22

23

24

25

26

27

28

                           2

EXHIBIT 4

EXHIBIT 4

Clerk of the Superior Court
*** Electronically Filed ***
C. Cuellar, Deputy
10/28/2021 11:05:48 AM
Filing ID 13545977

**In the Superior Court of the State of Arizona**
**In and For the County of** Maricopa

**Plaintiff's Attorney:** Joel Lee Brand                     **CV2021-016818**
Bar Number: 020114 AZ
Email address: jlbrandlaw@aol.com

**Plaintiffs**
Michael F Foy IV

**Defendants**
Jennifer Vinson

Discovery Tier Level: Tier 2
Amount claimed: $200,000.00

Case Category: Tort Non-Motor Vehicle
Case Subcategory: Slander/Libel/Defamation

Emergency Type:
Commercial Court: No
Is an Interpreter Needed: No  If Yes Specify Language:

# EXHIBIT 5

# EXHIBIT 5

CLERK OF THE
SUPERIOR COURT
FILED
P. KAVANAGH, DEP

2021 NOV 10 PM 2: 33

⎕ORIGINAL

# EXPEDITED PROCESS SERVICE, LLC.
### (SCOTTSDALE MAIN OFFICE: 602-292-2004)

## SUPERIOR COURT

## STATE OF ARIZONA, COUNTY OF MARICOPA

IN THE CIVIL MATTER OF:

MICHAEL F. FOY, IV, a single or married

person,                                    )

           Plaintiff,                )

                  )        Cause No:  **CV 2021-016818**

vs.                                        )

                  )        **DECLARATION OF**

                  )        **SERVICE** OF

                  )        **PROCESS BY A REGISTERED**

                  )        **COURT OFFICER**

JENNIFER VINSON, a single or

Married person, and  JANE DOES I-X,

WHITE PARTNERSHIPS I-X, AND BLACK

CORPORATIONS I-X, AND MUNICIPAL ENTITY I-X.

          Defendants.

                  )

————————————————————————

State of Arizona                           )

                  ) ss.

County of Maricopa                         )

1
2
3    Janet R. Tefft , being first duly sworn, deposes and states that she is fully qualified to serve process
4    in this cause, having been so appointed by the court.
5
6    That she received from THE LAW OFFICE OF JOEL L. BRAND, ESQ. #020114, on October 28, 2021
7    the instruments and documents described below:
8
9    **SUMMONS / COMPLAINT IN TORT /(Jury Trial Requested) / CERTIFICATE OF**
10   **ARBITRATION**
11
12   That true copies of these documents were personally **SERVED** as below:
13
14   UPON:  JENNIFER VINSON, A SINGLE WOMEN, BY SERVICE UPON: ISMAEL. (LAST NAME IS
15   UNKOWN, AND CO-RESIDENT WITH JENNIFER VINSON).
16   Description: M/MID-EASTERN/ 5'10"/190lbs./Black hair/40yrs.old/
17
18   **DATE AND TIME OF SERVICE:** NOVEMBER 7, 2021  @  3:57 P.M.
19
20   **SERVICE WAS EFFECTED AT:** 2214 S. KACHINA DRIVE, TEMPE, AZ 85282
21
22   I declare under penalty of perjury under the laws of the State of Arizona that the foregoing is true
23   and correct to the best of my knowledge.
24   Executed this ___ day of  November,  2021 at Scottsdale, Arizona.
25
26
27   Affiant     Badge # 5196

| Service Fees: | $65.00 |
| --- | --- |
| | |
| | |
| | |
| Total Charge for Service: | $65.00 |

Page 2

# EXHIBIT 6

# EXHIBIT 6

**Granted as Submitted**
***See eSignature page***

Clerk of the Superior Court
*** Electronically Filed ***
A. Meza, Deputy
12/3/2021 8:00:00 AM
Filing ID 13671105

1
Stacy F. Gottlieb (AZ015084)
**BERKE LAW FIRM, PLLC**
2
1601 N. 7th Street, Suite 360
Phoenix, AZ 85006
3
Phone: (602) 254-8800
Fax: (602) 254-8808
4
stacey@berkelawfirm.com
*Attorneys for Defendant Jennifer Vinson*
5

6                    **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

7                         **IN AND FOR THE COUNTY OF MARICOPA**

8

9  | MICHAEL F. FOY, IV, a single or married    Case No. CV2021-016818
   | person,
10
   |              Plaintiff,                    **[PROPOSED]**
11
   |     vs.                                    **ORDER EXTENDING TIME TO**
12 |                                            **RESPOND TO COMPLAINT**
   | JENNIFER VINSON, a single or married
13 | person, and JANE DOES I-X, WHITE
   | PARTNERSHIPS I-X, AND BLACK
14 | CORPORATIONS I-X, AND MUNICIPAL
   | ENTITY I-X,
15
   |              Defendants.
16

17

18          The Court has reviewed the Defendant's Unopposed Motion to Extend Time to

19  Respond to Complaint (First Request) and good cause appearing therefor,

20          IT IS HEREBY ORDERED extending the time for Defendant to answer or otherwise

21  respond to the Complaint to and including December 16, 2021.

22          DATED this _____ day of November, 2021.

23                                       By _____
24                                          The Honorable Randall Warner
                                            Maricopa County Superior Court Judge
25

26

27

28

# eSignature Page 1 of 1

Filing ID: 13671105   Case Number: CV2021-016818
Original Filing ID: 13652403

**Granted as Submitted**



/S/ Randall Warner Date: 12/2/2021
Judicial Officer of Superior Court

**ENDORSEMENT PAGE**

CASE NUMBER: CV2021-016818          SIGNATURE DATE: 12/2/2021

E-FILING ID #: 13671105               FILED DATE: 12/3/2021 8:00:00 AM

JOEL L BRAND

STACEY F GOTTLIEB

# EXHIBIT 7

# EXHIBIT 7



Powered by Google **Translate**

# Civil Court Case Information – Case History

## Case Information

| | | | |
|---|---|---|---|
| Case Number: | CV2021-016818 | Judge: | Warner, Randall |
| File Date: | 10/28/2021 | Location: | Downtown |
| Case Type: | Civil | | |

## Party Information

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Michael F Foy | Plaintiff | Male | Joel Brand |
| Jennifer Vinson | Defendant | Female | STACEY GOTTLIEB |

## Case Documents

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 12/3/2021 | ORD - Order | 12/3/2021 | |
| NOTE: ORDER EXTENDING TIME TO RESPOND TO COMPLAINT | | | |
| 11/28/2021 | MOT - Motion | 12/1/2021 | |
| NOTE: UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT | | | |
| 11/10/2021 | AFS - Affidavit Of Service | 11/12/2021 | |
| NOTE: JENNIFER VINSON | | | |
| 10/28/2021 | COM - Complaint | 10/28/2021 | |
| NOTE: Complaint in Tort | | | |
| 10/28/2021 | CCN - Cert Arbitration - Not Subject | 10/28/2021 | |
| NOTE: Certificate of Arbitration | | | |
| 10/28/2021 | CSH - Coversheet | 10/28/2021 | |
| NOTE: Civil Cover Sheet System Generated | | | |
| 10/28/2021 | SUM - Summons | 10/28/2021 | |
| NOTE: Summons Jennifer Vinson System Generated | | | |

## Case Calendar

**There are no calendar events on file**

## Judgments

**There are no judgments on file**

# EXHIBIT B

# EXHIBIT B

**DECLARATION OF JENNIFER VINSON**

**IN SUPPORT OF NOTICE OF REMOVAL**

I, JENNIFER VINSON, upon my oath, declare and state as follows:

1. I am over 18 years of age and competent to make this declaration.

2. I am currently a resident of Seattle, Washington.

3. In March 2021, I moved to Seattle for work.  I have been a resident of Seattle since that time.

4. I have no current plans to move back to Arizona.

I declare under penalty of perjury under the laws of the United States of America and the State of Washington that the foregoing is true and correct.

Dated this 7th day of December, 2021.

_____
Jennifer Vinson