IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael F Foy, IV, | No. CV-21-02076-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| Jennifer Vinson, et al., | |
| Defendants. | |

      Pending before the Court is Defendant Jennifer Vinson's Motion for Leave to File Non-Electronic Exhibit in Support of Defendant's Motion to Dismiss (Doc. 6). Defendant seeks leave to file audio/video files containing testimony from a June 8, 2020, evidentiary hearing in *Horning v. Foy*, a Maricopa County Superior Court case in which Defendant testified against Plaintiff. (Doc. 6.) Defendant has not demonstrated why the testimony contained on the video cannot be transcribed. Nor has Defendant identified why it is necessary for the Court to view the video in lieu of reading a transcript.

      Accordingly,

      **IT IS ORDERED denying** Defendant's Motion for Leave to File Non-Electronic Exhibit in Support of Defendant's Motion to Dismiss (Doc. 6).

      **IT IS FURTHER ORDERED** that Defendant shall file with the Court a transcript of the relevant testimony within 7 days of the date of this order.

///

///

Dated this 6th day of January, 2022.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge